[No. 22404-6-II.    Division Two.    March 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW
STEVEN HARPER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 97-1-00376-8, James D. Ladley, J., entered
September 11, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Houghton and Hunt, JJ.

[No. 22465-8-II.    Division Two.    March 19, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES E.
JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Jeffer-
son County, No. 96-1-00094-4, William E. Howard, J.,
entered September 25, 1997. *Affirmed* by unpublished
opinion per Houghton, J., concurred in by Morgan and
Hunt, JJ.

[No. 22621-9-II.    Division Two.    March 19, 1999.]

TONI WALKER, *Respondent*, v. JOHN WALKER, *Appellant*.

Appeal from a judgment of the Superior Court for Jeffer-
son County, No. 96-3-00123-9, William E. Howard, J.,
entered October 31, 1997. *Affirmed* by unpublished opinion
per Hunt, J., concurred in by Morgan and Houghton, JJ.

[No. 22696-1-II.    Division Two.    March 19, 1999.]

MARGO KESSEL, *Appellant*, v. THE DEPARTMENT OF
RETIREMENT SYSTEMS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-2-05020-6, Frederick W. Fleming, J., entered
November 7, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Bridgewater, C.J., and Hough-
ton, J.